Commonwealth *v.* Gerhat, Appellant.

Submitted December 8, 1971. *Robert J. Johnson,* Assistant Public Defender,

for appellant; *Thomas J. Calnan, Jr.,* Assistant District Attorney, for Commonwealth, appellee.
Judgment of sentence affirmed.